**DISMISS and Opinion Filed May 10, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00424-CV

### VERONICA GONGORA, Appellant
### V.
### RICHARD AMLONG, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-23-05735-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Breedlove
Opinion by Chief Justice Burns

Before the Court is appellant's unopposed motion to dismiss the appeal. We

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240424F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VERONICA GONGORA, Appellant

No. 05-24-00424-CV      V.

RICHARD AMLONG, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-23-05735-B.
Opinion delivered by Chief Justice Burns. Justices Molberg and Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee RICHARD AMLONG recover his costs of this appeal from appellant VERONICA GONGORA.

Judgment entered May 10, 2024